IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS					CRIMINAL ACTION NO. 2:02CR141-P-B

MICHAEL KEITH PARKER

**ORDER**

This cause is before the Court on the defendant's Motion for Early Termination of Probation and Withdrawal of Special Condition Requiring Sexual Offender Registration [22]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. Mr. Parker's period of supervised release is scheduled to terminate May 28, 2006. Nothing in the defendant's petition suggests any extraordinary circumstances which would warrant the early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). Similarly, the Court finds that the defendant's registration as a sexual offender is mandated by 18 U.S.C. § 4042(c)(4)(B) notwithstanding possible differences in registration requirements under the laws of various states.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Early Termination of Probation and Withdrawal of Special Condition Requiring Sexual Offender Registration [22] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 3rd day of January, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE